**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-1203 JRT/FLN**

Brenda Gullickson,

Plaintiff,

-vs-

**STIPULATION TO AMEND PLAINTIFF'S COMPLAINT**

Household Retail Services, Inc.,

Defendant.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that:

1. Plaintiff will file the attached proposed Amended Complaint renaming the correct Defendant from Household Retail Services, Inc. to Household Bank (SB), N.A., ten (10) days from the date of this Order.

2. Defendant will have twenty (20) days after service of Plaintiff's Amended Complaint to interpose an Answer or otherwise plead and is in no way an admission to the allegations in Plaintiff's Amended Complaint; and

3. That this Stipulation is in accordance with MRCP 15.

**ATTORNEY FOR PLAINTIFF**

By: ______________________
Thomas J. Lyons, Jr.
Attorney I.D. #249646
1560 Beam Avenue
Suite A
Maplewood, Minnesota 55109-1171
(651) 770-9707

Dated: 8/17/00

**ATTORNEY FOR DEFENDANT**

By: ______________________
Paul C. Peterson (#151 3)
Kimberly Fleming (#285365)
150 South Fifth Street
Suite 1700
Minneapolis, Minnesota 55402
(612) 333-3637

Dated: Aug 24, 2000.

FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Pursuant to the foregoing Stipulation, Plaintiff may serve upon the Defendant the Amended Complaint, which is attached hereto.

LET THE STIPULATION BE ENTERED ACCORDINGLY.

Dated: Sept 6, 2000

BY THE COURT:

Franklin L. Noel

Franklin L. Noel, Magistrate Judge
United States District Court