UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: CV 00-1203 JRT/FLN

Brenda Gullickson,

Plaintiff,

v.

Household Bank (SB), N.A.,

Defendant.

**STIPULATION OF DISMISSAL PURSUANT TO BINDING ARBITRATION AGREEMENT BETWEEN THE PARTIES AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto through their respective counsel, that there is a binding arbitration agreement in place between the parties and all claims of Plaintiff Brenda Gullickson against Defendant, Household Bank (SB), N.A. be and hereby are dismissed without prejudice, pursuant to this binding arbitration agreement, with no costs or disbursements ordered to either party. The parties may apply to the court pursuant to this Stipulation for an order directing that judgment of dismissal without prejudice be entered accordingly.

LIND, JENSEN, SULLIVAN, & PETERSON
A Professional Association

Dated: November 29, 2000

Paul C. Peterson, I.D. No. 1?1543
Kimberly Fleming, I.D. No. 2?35365
Attorneys for Household Bank (SB) N.A.
150 South Fifth Street, Suite 1700
Minneapolis, MN 55402
(612)333-3637

DEC 0 6 2000

FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Consumer Justice Center, P.A.

Dated: November 27, 2000

Thomas J. Lyons, Jr., I.D. 249646
Attorney for Plaintiff
1560 Beam Avenue
Suite A
Maplewood, MN 55109-1171

**ORDER OF DISMISSAL**

Upon the foregoing Stipulation of Dismissal and the parties' binding arbitration agreement, it is hereby ordered that the Clerk of this Court is hereby ordered and directed to enter forthwith judgment dismissing the above-entitled action without prejudice without any award of costs and disbursements to either party.

BY THE COURT,

DATE 12/6/2000

United States District Court
District of Minnesota