UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: CV 00-1203 JRT/FLN

Brenda Gullickson,

Plaintiff,

v.

Household Bank (SB), N.A.,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

This action was previously dismissed without prejudice pursuant to an arbitration agreement between the parties. Because the action has now been settled, the parties hereby stipulate that this case may be dismissed with prejudice, on the merits, and in its entirety without any award of costs, disbursements, or attorney's fees to any of the parties.

Dated: ~~September~~ Oct. 2, 2001

LIND, JENSEN, SULLIVAN, & PETERSON
A Professional Association

Paul Peterson

Paul C. Peterson, I.D. No. 151543
Kimberly Fleming, I.D. No. 285365
Attorneys for Household Bank (SB) N.A.
150 South Fifth Street, Suite 1700
Minneapolis, MN 55402
(612)333-3637

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: September 27th, 2001

Consumer Justice Center, P.A.

Thomas J. Lyons, Jr., I.D. 249646
Attorney for Plaintiff
342 East County Road D
Little Canada, MN 55117

**ORDER OF DISMISSAL**

Pursuant to the foregoing Stipulation of Dismissal, it is hereby ordered as follows:

1. All claims in this case are hereby dismissed with prejudice, on the merits, and in their entirety, but without costs, disbursements, or attorney's fees to any of the parties.

2. Let judgment be entered accordingly.

BY THE COURT,

DATE Oct. 5, 2001

John R. Tunheim
United States District Court
District of Minnesota

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500